IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

LOYD WALTER HALL (01)
  a/k/a "Jamie Hall" and "James William"
JESUS QUEZADA MEZA (02)
  a/k/a "Dumas" and "Jesus Jose" and "Jose De
  Jesus Quezada"
OMAR VELASQUEZ (03)
  a/k/a "Jua.Pian" and "Uncle"
CATLYNN ANN TOWNSEND (04)

**2-26CR-066-Z**

NO. _____

**[TO BE FILED UNDER SEAL]**

JUN 25 2026 PM2:22
FILED - USDC - NDTX - AM

## INDICTMENT

The Grand Jury charges:

### Count One
(Conspiring to Provide Material Support to a Foreign Terrorist Organization)
(Violation of 18 U.S.C. § 2339B)

From on or about February 20, 2025, and continuing thereafter until February 19, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, including the country of Mexico within the extraterritorial jurisdiction of the United States of America, the defendant, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," and others known and unknown to the Grand Jury did conspire to provide "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b), namely, firearms, to a foreign terrorist organization, namely the Sinaloa Cartel, which at all relevant times was designated by the United States Secretary

**Loyd Walter Hall, et al.**
**Indictment – Page 1**

of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that the Sinaloa Cartel was a designated foreign terrorist organization, and that the Sinaloa Cartel engages and has engaged in terrorist activity, and that the Sinaloa Cartel engages and has engaged in terrorism.

In violation of Title 18, United States Code, Section 2339B.

Count Two

Conspiracy to Distribute a Controlled Substance for Importation into the United States
(Violation of 21 U.S.C. § 963)

Beginning on or about May 2024 and continuing up until February 19, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, including the country of Mexico within the extraterritorial jurisdiction of the United States of America, the defendant, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," together with others known and unknown to the Grand Jury, did knowingly, intentionally, and willfully combine, conspire, confederate, and agree to manufacture and distribute four hundred grams and more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), and five kilograms and more of a mixture and substance containing a detectable amount of cocaine, each a Schedule II Controlled Substance, and one kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, intending, knowing and having reasonable cause to believe, that such controlled substances, would be unlawfully imported into the United States.

In violation of Title 21, United States Code, Sections 959(a), 960(a)(3), (b)(1)(A), (b)(1)(B), (b)(1)(F) and 963.

**Loyd Walter Hall, et al.**
**Indictment – Page 3**

<u>Count Three</u>
Using, Carrying, and Possessing a Firearm, Including a Semiautomatic Assault Weapon,
During, in Relation to, and in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924)

From on or about May 2024, and continuing thereafter until February 19, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, including the country of Mexico within the extraterritorial jurisdiction of the United States of America the defendant, **Loyd Walter Hall**, a/k/a "Jamie Hall," and "James William," did knowingly possess a firearm in furtherance of the commission of a drug trafficking crime as charged in Count Two of this indictment, for which the defendant may be prosecuted in a court in the United States, one or more one or more of which firearms was a semiautomatic assault weapon.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(i), 924(c)(1)(B)(i), and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**Loyd Walter Hall, et al.**
**Indictment – Page 4**

Count Four
(Conspiracy to Straw Purchase Firearms)
(Violation of 18 U.S.C. §§ 932(b)(2) and (c)(1))

On or about November 29, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, defendants, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," and **Jesus Quezada Meza**, a/k/a "Dumas" and "Jesus Jose" and "Jose De Jesus Quezada," did knowingly, intentionally, and unlawfully conspire, combine, confederate, and agree together and with others known and unknown to the United States Grand Jury to commit offenses against the United States, in violation of Title 18, United States Code, Section 932, that is to say they conspired to purchase firearms, to wit: a Glock, model 19X, 9mm pistol, serial number BWSU373, in and affecting interstate and foreign commerce for, on behalf of, and at the request and demand of any other person, knowing or having reasonable cause to believe that such other person intends to use, carry, possess, and sell and otherwise dispose of the firearm in furtherance of a felony, including, Smuggling of Goods from the United States under Title 18, United States Code, Section 554, as defined in Section 932(a).

In violation of Title 18, United States Code, Section 932 (b)(2), and (c)(1).

**Loyd Walter Hall, et al.**
**Indictment – Page 5**

<u>Count Five</u>
(Conspiracy to Traffic Firearms)
(Violation of 18 U.S.C. § 933(a)(1),(3) and 933(b))

On or about November 29, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, defendants, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," and **Jesus Quezada Meza**, a/k/a "Dumas" and "Jesus Jose" and "Jose De Jesus Quezada," did knowingly conspire and agree with each other and with others known and unknown to the United States Grand Jury to ship, transport, transfer, cause to be transported, and otherwise dispose of, in an affecting interstate commerce, firearms, to wit: a Glock, model 19X, 9mm pistol, serial number BWSU373, while knowing and having reasonable cause to believe that such receipt would constitute a felony (as defined in Section 932(a)).

In violation of Title 18, United States Code, Sections 933(a)(2), (3), and 933(b).

<u>Count Six</u>
False Material Statement to a Firearms Dealer
(Violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2))

On or about November 29, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," defendant, in connection with the acquisition and attempted acquisition of a firearm, that is, a Glock, model 19X, 9mm pistol, serial number BWSU373, from Cash America Pawn, 3610 I-40 E, Amarillo, Texas, 79103, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Cash America Pawn, which statement was intended and likely to deceive Cash America Pawn, as to a fact material to the lawfulness of such sale and acquisition of said firearm under chapter 44 of Title 18, in that defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record to the effect he was the actual transferee and buyer of the firearm, when in truth and in fact Loyd Walter Hall, as defendant then knew, was not the actual transferee and buyer.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

**Loyd Walter Hall, et al.**
**Indictment – Page 7**

Count Seven
(Conspiracy to Straw Purchase Firearms)
(Violation of 18 U.S.C. §§ 932(b)(2) and (c)(1))

On or about December 7, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, defendant, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together and with others known and unknown to the United States Grand Jury to commit offenses against the United States, in violation of Title 18, United States Code, Section 932, that is to say they conspired to purchase firearms, to wit: a Taurus, model PT22, .22 caliber pistol, serial number Z039664, in and affecting interstate and foreign commerce for, on behalf of, and at the request and demand of any other person, knowing and having reasonable cause to believe that such other person intends to use, carry, possess, and sell and otherwise dispose of the firearm in furtherance of a felony, including, Smuggling of Goods from the United States under Title 18, United States Code, Section 554, as defined in Section 932(a).

In violation of Title 18, United States Code, Sections 932 (b)(2), and (c)(1).

**Loyd Walter Hall, et al.**
**Indictment – Page 8**

Count Eight
(Conspiracy to Traffic Firearms)
(Violation of 18 U.S.C. §§ 933(a)(1), (3), and 933(b))

On or about December 7, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, defendant, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," did knowingly conspire and agree with others known and unknown to the United States Grand Jury to ship, transport, transfer, cause to be transported, and otherwise dispose of, a Taurus, model PT22, .22 caliber pistol, serial number Z039664, while knowing or having reasonable cause to believe that such receipt would constitute a felony (as defined in Section 932(a)).

In violation of Title 18, United States Code, Sections 933(a)(2), (3), and 933(b).

**Loyd Walter Hall, et al.**
**Indictment – Page 9**

<u>Count Nine</u>
False Material Statement to a Firearms Dealer
(Violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2))

On or about December 7, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," defendant, in connection with the acquisition and attempted acquisition of a firearm, that is, a Taurus, model PT22, .22 caliber pistol, serial number Z039664, from Cash America Pawn, 3610 I-40 E, Amarillo, Texas, 79103, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Cash America Pawn, which statement was intended and likely to deceive Cash America Pawn, as to a fact material to the lawfulness of such sale and acquisition of said firearm under chapter 44 of Title 18, in that defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record to the effect he was the actual transferee and buyer of the firearm, when in truth and in fact Loyd Walter Hall, as defendant then knew, was not the actual transferee and buyer.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

<u>Count Ten</u>
(Conspiracy to Traffic Firearms)
(Violation of 18 U.S.C. § 933(a)(1), (3) and 933(b))

On or about August 24, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, defendants, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," and **Omar Valasquez**, a/k/a "Jua.Pian" and "Uncle," did knowingly conspire and agree with each other and with others known and unknown to the United States Grand Jury to ship, transport, transfer, cause to be transported, and otherwise dispose of, in an affecting interstate commerce, firearms, to wit: a Colt, 1911 Government Model, .38 caliber pistol, serial number GV057374, while knowing and having reasonable cause to believe that such receipt would constitute a felony (as defined in Section 932(a)).

In violation of Title 18, United States Code, Sections 933(a)(2), (3), and 933(b).

**Loyd Walter Hall, et al.**
**Indictment – Page 11**

Count Eleven
(Conspiracy to Straw Purchase Firearms)
(Violation of 18 U.S.C. §§ 932(b)(2) and (c)(1))

On or about August 24, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, defendants, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," and **Omar Valasquez**, a/k/a "Jua.Pian" and "Uncle," knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together and with others known and unknown to the United States Grand Jury to commit offenses against the United States, in violation of Title 18, United States Code, Section 932, that is to say they conspired to purchase firearms, to wit: a Colt, 1911 Government Model, .38 caliber pistol, serial number GV057374, in and affecting interstate and foreign commerce for, on behalf of, and at the request and demand of any other person, knowing and having reasonable cause to believe that such other person intends to use, carry, possess, and sell and otherwise dispose of the firearm in furtherance of a felony, including, Smuggling of Goods from the United States under Title 18, United States Code, Section 554, as defined in Section 932(a).

In violation of Title 18, United States Code, Section 932 (b)(2), and (c)(1).

**Loyd Walter Hall, et al.**
**Indictment – Page 12**

## Count Twelve
### False Statement in Required Information Kept by a Firearms Dealer
(Violation of 18 U.S.C. §§ 924(a)(1)(A), and 924(a)(1)(D))

On or about July 1, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," and **Catlynn Ann Townsend,** defendants, in connection with the acquisition and attempted acquisition of a firearm, that is, a Colt, 1911 Government Model, .38 caliber pistol, serial number GV057374, knowingly made a false statement and representation to Wildman Armaments LLC, 7441 Stagecoach Trail, Amarillo, TX, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Wildman Armaments LLC, in that Catlynn Ann Townsend did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that Catlynn Ann Townsend was the actual transferee and buyer of the firearm when in truth and in fact, as defendants then and there well knew, Catlynn Ann Townsend was not the actual transferee and buyer of that firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 924(a)(1)(D).

**Loyd Walter Hall, et al.**
**Indictment – Page 13**

Forfeiture Notice

(18 U.S.C. § 981(a)(1)(C); 18 U.S.C. § 981(a)(1)(G); 18 U.S.C. § 924(d)(1); 18 U.S.C. § 934(a)(1)(A); 18 U.S.C. § 934(a)(1)(B); 21 U.S.C. § 853(a); and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in Count One of this indictment, and under 18 U.S.C. § 981(a)(1)(C) and (G) and 28 U.S.C. § 2461(c), defendant **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to the offense as well as (1) all assets, foreign or domestic, of any individual, entity, or organization engaged in planning or perpetrating any federal crime of terrorism, and all assets, foreign or domestic, affording any person a source of influence over any such entity or organization; (2) all assets, foreign or domestic, acquired or maintained by any person with the intent and for the purpose of supporting, planning, conducting, or concealing any federal crime of terrorism; and (3) all assets, foreign or domestic, derived from, involved in, or used or intended to be used to commit any federal crime of terrorism.

Upon conviction of any of the offenses alleged in Counts Three, Six, Nine, and Twelve of this indictment, and under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," and **Jesus Quezada Meza**, a/k/a "Dumas" and "Jesus Jose" and "Jose De Jesus Quezada," **Omar Valasquez**, a/k/a "Jua.Pian" and "Uncle," and **Catlynn Ann Townsend** shall forfeit to the United States of America any firearm or ammunition involved in or used in any knowing violation of Section 922(a)(6) or Section 924.

Upon conviction of any of the offenses alleged in Counts Four, Five, Seven, Eight, Ten, and Eleven, of this indictment, and under 18 U.S.C. § 934(a)(1)(A) and (B) and 18 U.S.C. § 924(d)(1), defendants, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," and **Jesus Quezada Meza**, a/k/a "Dumas" and "Jesus Jose" and "Jose De Jesus Quezada," and **Omar Valasquez**, a/k/a "Jua.Pian" and "Uncle," shall forfeit to the United States of America (1) any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offense; (2) any of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense; and (3) any firearm or ammunition involved in or used in any knowing violation of Section 932 or 933.

Upon conviction of the offense alleged in Count Two of this indictment, and pursuant to 21 U.S.C. § 853(a), defendant **Loyd Walter Hall** a/k/a "Jamie Hall" and "James William," shall forfeit to the United States of America (1) any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offense, and (2) any of the property used, or intended to be used, in any manner or part, by the defendant to commit, or to facilitate the commission of the offense.

**Loyd Walter Hall, et al.**
**Indictment – Page 15**

A TRUE BILL:

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
COLLEEN BLOSS
Assistant United States Attorney
Texas State Bar No. 24082160
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Tel: (214) 679-6697
Email: Colleen.Bloss@usdoj.gov

JENNIFER P. SCHRAUTH
Assistant United States Attorney
Iowa State Bar No. AT0015322
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806-472-7351
Facsimile: 806-472-7394
E-mail: jen.schrauth@usdoj.gov

**Loyd Walter Hall, et al.**
**Indictment – Page 16**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

LOYD WALTER HALL (01)
a/k/a "Jamie Hall" and "James William"

JESUS QUEZADA MEZA (02)
a/k/a "Dumas" and "Jesus Jose" and "Jose De Jesus Quezada"

OMAR VELASQUEZ (03)
a/k/a "Jua.Pian" and "Uncle"

CATLYNN ANN TOWNSEND (04)

INDICTMENT

| | |
|---|---|
| COUNT 1: | CONSPIRING TO PROVIDE MATERIAL SUPPORT TO A FOREIGN TERRORIST ORGANIZATION<br>Title 18, United States Code, Section 2339B.<br>Title 18, United States Code, Section 842(p)(2)(A). |
| COUNT 2: | CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE FOR IMPORTATION INTO THE UNITED STATES<br>Title 21, United States Code, Section 963. |
| COUNT 3: | USING, CARRYING, AND POSSESSING A FIREARM, INCLUDING A SEMIAUTOMATIC ASSAULT WEAPON, DURING, IN RELATION TO, AND IN FURTHERANCE OF A DRUG TRAFFICKING CRIME<br>Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(B)(i), and 2. |
| COUNT 4: | CONSPIRACY TO STRAW PURCHASE FIREARMS<br>Title 18, United States Code, Sections 932(b)(2) and (c)(1). |
| COUNT 5: | CONSPIRACY TO TRAFFIC FIREARMS<br>Title 18, United States Code, Sections 933(a)(2), (3) and 933(b). |
| COUNT 6: | FALSE MATERIAL STATEMENT TO A FIREARMS DEALER |

Title 18, United States Code, Sections 922(a)(6), 924(a)(2).

COUNT 7:     CONSPIRACY TO STRAW PURCHASE FIREARMS
Title 18, United States Code, Sections 932(b)(2) and (c)(1).

COUNT 8:     CONSPIRACY TO TRAFFIC FIREARMS
Title 18, United States Code, Sections 933(a)(2), (3) and 933(b).

COUNT 9:     FALSE MATERIAL STATEMENT TO A FIREARMS DEALER
Title 18, United States Code, Sections 922(a)(6), 924(a)(2).

COUNT 10:    CONSPIRACY TO TRAFFIC FIREARMS
Title 18, United States Code, Sections 933(a)(2), (3) and 933(b).

COUNT 11:    CONSPIRACY TO STRAW PURCHASE FIREARMS
Title 18, United States Code, Sections 932(b)(2) and (c)(1).

COUNT 12:    FALSE STATEMENT IN REQUIRED INFORMATION KEPT BY A FIREARMS DEALER
Title 18, United States Code, Sections 924(a)(1)(A) and 924(a)(1)(D).
(12 COUNTS + FORFEITURE)

A true bill rendered:

Amarillo     _Foreperson_

Filed in open court this 25th day of June, A.D. 2026.

ARREST WARRANT TO ISSUE AS TO EACH DEFENDANT.

UNITED STATES MAGISTRATE JUDGE