IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:26-CR-00066-Z-BR (3) |
| | § | |
| OMAR VELASQUEZ (3) | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT VELASQUEZ'S RESPONSE TO GOVERNMENT'S MOTION
FOR REVOCATION OF ORDER DENYING GOVERNMENT'S MOTION
FOR PRETRIAL DETENTION**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Comes now Defendant Omar Velasquez (hereinafter "Velasquez") and would respectfully respond to the Motion for Revocation of Order Denying Government's Motion for Pretrial Detention [Doc. No. 51] and would respectfully show the Court as follows:

**PROCEDURAL HISTORY**

Defendant Velasquez adopts the Government's procedural history but includes several additional facts related to the delay in Mr. Velasquez making a final determination on addressing the Government's Motion.

Counsel was appointed to represent Mr. Velasquez on July 13, 2026. The following day counsel began working with the U.S. Attorney's Office to receive filings from California as well as recent sealed filings in the Northern District of Texas to better understand the issues. Counsel then began trying to locate Mr. Velasquez – without success. On July 23, 2026, counsel reached out to the government for any insight on his location and learned that "he is not on the facility rosters." Counsel later learned that he would likely be at the Randall County Jail on or about July

29, 2026.  The Government was able to confirm that Mr. Velasquez was in Randall County Jail as of July 30, 2026.  The following day, United States Magistrate Judge Reno set an initial appearance for August 3, 2026.  Counsel drove to Amarillo to meet with Mr. Velasquez on August 1, 2026 only to learn that he does not speak English and an interpreter would be needed.

Counsel was able to secure an interpreter and meet with Mr. Valesquez on August 5, 2026 in the afternoon.  This was the first opportunity for counsel to discuss the pretrial detention issue with the client. Based on certain developments in the case it was imperative to address these issues with the client before deciding on how to proceed with regards to pretrial detention.

## DEFENDANT'S RESPONSE

Following extensive discussions regarding the discovery and other developments related to the case, Mr. Velasquez has instructed counsel to NOT OPPOSE the Government's Motion for Revocation of Order Denying Government's Motion for Pretrial Detention [Doc. No. 51].  Mr. Velasquez understands that the Court will enter findings accepting the Government's request to detain him until trial.

Respectfully submitted,

Slater C. Elza
State Bar No. 24000747
slater.elza@uwlaw.com
UNDERWOOD LAW FIRM, PC
P.O. Box 9158
Amarillo, Texas  79105
Phone: (806) 376-5613
Fax:    (806) 379-0316

By:    */s/ Slater C. Elza*
Slater C. Elza

ATTORNEY FOR OMAR VELASQUEZ

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 6, 2026, I caused a copy of the foregoing document to be delivered the Clerk of the Court and Assistant United States Attorney Jennifer P. Schrauth.

<u>*/s/ Slater C. Elza*</u>
Slater C. Elza