IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LOYD WALTER HALL (01)<br>a/k/a "Jamie Hall" and "James William"<br>JESUS QUEZADA MEZA (02)<br>a/k/a "Dumas" and "Jesus Jose" and "Jose De Jesus Quezada"<br>OMAR VELASQUEZ (03)<br>a/k/a "Jua.Pian" and "Uncle"<br>CATLYNN ANN TOWNSEND (04) | NO. 2:26-CR-066-Z |

**BILL OF PARTICULARS**
**REGARDING PROPERTY SUBJECT TO FORFEITURE**

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States of America, by the undersigned, particularly notices that the following property is subject to forfeiture on the basis of the allegations set forth in the Indictment (Dkt. 3) filed in this case:

1. One box of ATF Form 4473's, Acquisition and Disposition books, and other various records pertaining to firearms sales;
2. an Auto Ordnance West Hurley, NY, Model Thompson 1927 A-1, .45 caliber rifle, bearing serial number KPC1170;
3. a Glock, Model 19X, 9mm pistol, bearing serial number BPNL435;
4. a Sig Sauer, Model P227 SAS, .45 caliber pistol, bearing serial number 51B024988;
5. an Israel Weapon IND-IWI (Israel Military IND-IMI), Model Jericho 941, 9mm pistol, bearing serial number J1016684;

6. a Tisas, Model 1911 Carry B45, .45 caliber pistol, bearing serial number T0620-25AP05580;
7. an HS Produkt, Model XD9, 9mm pistol, bearing serial number US966224;
8. a Russian, Model Mosin Nagant, 7.62 caliber rifle, bearing serial number pho9036;
9. an Egypt, Model Hakim, 8mm rifle, bearing serial number 30432;
10. a Germany, Model 98, 8mm rifle, bearing serial number 37598Z;
11. a Keystone Sporting Arms, model Crickett, .22 caliber rifle, bearing serial number 447630;
12. a Norinco, Model M53; 7.62 caliber rifle, bearing serial number T53005709;
13. a U.S.A. Military Surplus, Model 1903, .30-06 caliber rifle, bearing serial number 383737;
14. a Rock Island Armory, Inc., Model 1911A1, .45 caliber pistol, bearing serial number RIA2939072;
15. an Armscor of the Philippines, Model M1911-A1 FS, .38 caliber pistol, bearing serial number RIA2961498;
16. a Colt, Model Government, .38 caliber pistol, bearing serial number GV094638;
17. a Colt, Model Government, .38 caliber pistol, bearing serial number GV098716;
18. a Glock GMBH, Model 22GEN4, .40 caliber pistol, bearing serial number XXT689;
19. a Ruger, Model LCP MAX; .380 caliber pistol, bearing serial number 383018582;
20. a Russian, Model Mosin Nagant, 7.62 caliber rifle, bearing serial number RMN062268;
21. a U.S.A. Military Surplus, Model 1903, .30-06 caliber rifle, bearing serial number 1498157;

22. a U.S.A. Military Surplus, Model 1903, .30 caliber rifle, bearing serial number 1498156;

23. a TNW Firearms Inc., Model ASR 10mm rifle, bearing serial number M3392;

24. a Russian, Model Mosin Nagant, 7.62 caliber rifle, bearing serial number 9130118209;

25. a Russian, Model Mosin Nagant, 7.62 caliber rifle, bearing serial number SNF3215;

26. a Ruger, Model LCP MAX, .380 caliber pistol, bearing serial number 381709162;

27. a Taurus, Model Roscoe, .38 caliber revolver, bearing serial number AHJ106367;

28. a Walther, Model PD380, .380 caliber pistol, bearing serial number WU015267;

29. a Girsan, Model MC 1911 C XLV, .45 caliber pistol, bearing serial number T6368-22AP02158;

30. a Glock GMBH, Model 22GEN4, .40 caliber pistol, bearing serial number XNY740;

31. a Ruger, Model Mark IV, .22 caliber pistol, bearing serial number 500773216;

32. a Deutsche Waffen & Munitions Fabriken, Model 1908, 8mm rifle, bearing serial number 190800363;

33. a Del-Ton Inc., Model DTI-15, .300 caliber rifle, bearing serial number DTI-S276561;

34. a La Corona, Model FR8, .308 caliber rifle, bearing serial number FR8-08367;

35. an Enfield, Model NO.5, .303 caliber rifle, bearing serial number 1945;

36. a Russian, Model Mosin Nagant, 7.62 caliber rifle, bearing serial number 9130255946;

37. a Romania, Model Mosin Nagant, 7.62 caliber rifle, bearing serial number MC964;

38. a Tisas, Model 1911A1 STAKEOUT, .45 caliber pistol, bearing serial number T0620-25Z24685;

39. a Glock GMBH, Model 22GEN4, .40 caliber pistol, bearing serial number XXV728;

40. a Tanfoglio, F.LLI, S.N.C., Model DEFIANT FORCE PLUS, 9mm pistol, bearing serial number IFG04647;

41. a Ruger, Model Mark IV, .22 caliber pistol, bearing serial number 500775028;

42. a Walther, Model PD380, .380 caliber pistol, bearing serial number WU021229;

43. a Glock, Model 19, 9mm pistol, bearing serial number AFDR134;

44. a Plainfield Machine Co., Model M1, .30 caliber rifle, bearing serial number 63767;

45. a Fluss-Stahl, Model BSW, .22 caliber rifle, bearing serial number 178793;

46. an Enfield, Model NO1MKIII, .303 caliber rifle, bearing serial number 15906;

47. a U.S.A. Military Surplus, Model 1903A3, .30 caliber rifle, bearing serial number 3470829;

48. a Japan, Model Type I, 6.5 caliber rifle, bearing serial number C2790;

49. a Taurus, Model Rossi R45, .45 caliber rifle, bearing serial number 5jt250682;

50. a Ruger, Model 10/22, .22 caliber rifle, bearing serial number RCS8-02278;

51. a CBC (Companhia Braziliera de Cartuchos), Model Rossi Gallery, .22 caliber rifle, bearing serial number 7CG052282P;

52. a CBC (Companhia Braziliera de Cartuchos), Model Rossi Gallery, .22 caliber rifle, bearing serial number 7CG053253P;

53. a CBC (Companhia Braziliera de Cartuchos), Model Rossi Gallery, .22 caliber rifle, bearing serial number 7CG052172P;

54. a Savage Arms, Inc., Model 64FXP, .22 caliber rifle, bearing serial number 4540784;

55. a Kahr Arms - Auto Ordnance, Model CM9, 9mm caliber pistol, bearing serial number IQ5721;

56. a Russian, Model Mosin Nagant, 7.62 caliber rifle, bearing serial number B*2217;

57. a Russian, Model Mosin Nagant, 7.62 caliber rifle, bearing serial number 9130138371;

58. a Winchester, Model 94, .30-30 caliber rifle, bearing serial number 3414151;

59. a U.S.A. Military Surplus, Model 1917, .30-06 caliber rifle, bearing serial number 168407;

60. a U.S.A. Military Surplus, Model 1917, .30-06 caliber rifle, bearing serial number 830302;

61. a Smith & Wesson, Model M&P 15, 5.56 caliber rifle, bearing serial number SM 84429;

62. a Romarm/Cugir, Model AES-10B, 7.62 caliber rifle, bearing serial number VX-3177-08;

63. a Russian, Model Mosin Nagant, 7.62 caliber rifle, bearing serial number RMN055923;

64. a Mauser, Model M98, 8mm rifle, bearing serial number 9662;

65. a Yugoslavia, Model M48A, 8mm rifle, bearing serial number 5935;

66. a Mauser, Model M98, 8mm rifle, bearing serial number 390G;

67. an Italy, Model Carcano, 6.5 caliber rifle, bearing serial number CAR12289;

68. an Uberti, Aldo, Model Frontier, .45 caliber revolver, bearing serial number E065689;

69. an Israel Weapon IND-IWI (Israel Military IND-IMI), Model Desert Eagle, .44 caliber pistol, bearing serial number 47200053;

70. a S.A.M. Inc., Model American Tactical Titan-LW, .45 caliber pistol, bearing serial number TLW102171;

71. a Poland, Model TTC, 7.62 caliber pistol, bearing serial number PC08102;

72. a Glock, Model 43, 9mm pistol, bearing serial number ADZF524;

73. a Colt, Model Government, .45 caliber pistol, bearing serial number 70G57674;

74. a Romarm/Cugir, Model Mini Draco, 7.62 caliber pistol, bearing serial number PF-1080-2019;

75. a Russian, Model Mosin Nagant, 7.62 caliber rifle, bearing serial number M3809841;

76. a Mauser, Model Turkish Model 1938, 8mm rifle, bearing serial number 96668;

77. a Mauser, Model M98, 8mm rifle, bearing serial number 6968;

78. a Hi-Point, Model 995, 9mm rifle, bearing serial number E01527;

79. an Anderson Manufacturing, Model AM-15, .223 caliber rifle, bearing serial number 25060029;

80. an Olympic Arms, Inc., Model PCR-97, .223 caliber rifle, bearing serial number SA 2344;

81. a Colt, Model Gold Cup, .38 caliber pistol, bearing serial number GV069798;

82. a Colt, Model 1911, .45 caliber pistol, bearing serial number 434124;

83. a Norinco, Model 213A, a 9mm pistol, bearing serial number 730112;

84. a Ruger, Model 22/45 Mark IV, .22 caliber pistol, bearing serial number 500329140;

85. a North American Arms, Model NAA22, .22 caliber revolver, bearing serial number L242167;

86. a Switzerland, Model 1931 Schmidt Rubin, 7.5 caliber rifle, bearing serial number 728301;

87. a Portugal, Model 1904, 8mm rifle, bearing serial number C3805;

88. a Marlin Firearms Co., Model 1895, .45-70 caliber rifle, bearing serial number 92002039;

89. a Mauser, Model M98, 8mm rifle, bearing serial number 2179;

90. a CMMG Inc., Model MOD4 SA, .223 caliber rifle, bearing serial number A-9342;

91. a Russian, Model Mosin Nagant, 7.62 caliber rifle, bearing serial number 9130359367;

92. a Taurus, Model TH9C, 9mm pistol, bearing serial number TLX66583;

93. a Colt, Model 1903, .32 caliber pistol, bearing serial number 202442;

94. a FIE, Model Titan, .25 caliber pistol, bearing serial number B10735;

95. a HS Produkt, Model PHP MV, 9mm pistol, bearing serial number PHP00270;

96. a U.S.A. Military Surplus, Model 1911, .45 caliber pistol, bearing serial number 1993235;

97. a U.S.A. Military Surplus, Model AIRCREWMAN (S&W), .38 caliber revolver, bearing serial number V78044;

98. a Spanish Military, Model 1916, 7x57mm rifle, bearing serial number Z2267;

99. a Mauser, Model M98, 8mm rifle, bearing serial number 4310;

100. a Mauser, Model M98, 8mm rifle, bearing serial number 2529;

101. a Francolin Intl. Arms Co., Model Pointer Pup, .410 caliber shotgun, bearing serial number 21-67325;

102. a Remington Arms Company, Inc., Model 870, 12-gauge shotgun, bearing serial number AB720366M;

103. an Enfield, Model NO5MKI, .303 caliber rifle, bearing serial number AB5257;

104. a Colt, Model 1903, .32 caliber pistol, bearing serial number 40564;

105. a Ruger, Model Wrangler, .22 caliber revolver, bearing serial number 209-37396;

106. a Taurus, Model 605, .357 caliber revolver, bearing serial number AV75312;

107. a Taurus, Model G2C, 9mm pistol, bearing serial number AEG502568;

108. a Beretta, Pietro S.P.A, Model 1951, 9mm pistol, bearing serial number 35557;

109. an Arsenal Co. Bulgaria, Model Makarov, .380 caliber pistol, bearing serial number BAM09644;

110. a SBL Industries, Model FAL, 7.62 caliber rifle, bearing serial number 2207;

111. a Mauser, Model M98, 8mm rifle, bearing serial number 1259;

112. a Spanish Military, Model 1916, 7x57mm rifle, bearing serial number T1467;

113. a Russian, Model Mosin Nagant, 7.62 caliber rifle, bearing serial number C3148;

114. a High Standard, Model 29, .22 caliber rifle, bearing no serial number;

115. a Mauser, Model M98, 8mm rifle, bearing serial number G8735;

116. a F.N. Herstal, Model 1922, .32 caliber pistol, bearing serial number 57078A;

117. a Mauser, Model 1914, .32 caliber pistol, bearing serial number 245982;

118. an Enfield, Model NO2MKI, .38 caliber revolver, bearing serial number E1565;

119. a Walther, Model P38, 9mm pistol, bearing serial number 116030X;

120. a Kimber, Model Solo Carry STS, 9mm pistol, bearing serial number S1175040;

121. a Zastava, Model ZPAP85, 5.56 caliber pistol, bearing serial number Z85-013064;

122. a DPMS Inc., Model A15; 5.56 caliber rifle, bearing serial number FFH189427;

123. a F.N. Herstal, Model 1949, 7.92 caliber rifle, bearing serial number 25983;

124. a Mauser, Model M98, 8mm rifle, bearing serial number 2375;

125. a Deutsche Waffen & Munitions Fabriken, Model Argentino 1909, 7.65 caliber rifle, bearing serial number N3352;

126. a Sweden, Model M1896, 6.5 caliber rifle, bearing serial number HK435072;

127. a France, Model M1936, 7.5 caliber rifle, bearing serial number 82851;

128. a Germany, Model P38, 9mm pistol, bearing serial number 8150;

129. a Germany, Model P08, 9mm pistol, bearing serial number 6506;

130. a Germany, Model P08, 9mm pistol, bearing serial number 88147;

131. a Colt, Model 1903, .32 caliber pistol, bearing serial number 463123;

132. a Ruger, Model Wrangler, .22 caliber revolver, bearing serial number 203-54334;

133. a Savage, Model 1905, .32 caliber rifle, bearing serial number 90470;

134. a Ross Rifle Co., Model M10, .303 caliber rifle, bearing serial number 661498;

135. a Vulcan Arms Inc., Model V15, 5.56 caliber rifle, bearing serial number 05723;

136. an Egypt, Model Hakim, 8mm rifle, bearing serial number C00985;

137. a Germany, Model 98, 7.92 caliber rifle, bearing serial number EA30372;

138. a U.S.A. Military Surplus, Model M2, .30 caliber machine gun, bearing serial number 7009620;

139. an Anderson Manufacturing, Model AM-15, .458 caliber rifle, bearing serial number 25060009;

140. an Erma Werke GMBH, Model LA22, .22 caliber pistol, bearing serial number 25144;

141. a Webley - Webley and Scott, Model Mark II, .38 caliber revolver, bearing serial number ZD1219;

142. a Wilkinson Arms, Model Linda, 9mm caliber pistol, bearing serial number 001785;

143. a Mauser, Model C96, 7.63 caliber pistol, bearing serial number 634335;

144. a Russian, Model M1895 Nagant, 7.62 caliber revolver, bearing serial no number;

145. a machinegun with an unknown make and model, bearing no serial number;

146. a Winchester, Model 70, .300 caliber rifle, bearing serial number G2425334;

147. a Century Arms International, Model L1A1 Sporter, .308 caliber rifle, bearing serial number 106875;

148. a Winchester, Model 120, 12-gauge shotgun, bearing serial number L2077455;

149. an Enfield, Model NO5MKI, .303 caliber rifle, bearing serial number 100074;

150. a Japan, Model Type 99, 7.7 caliber rifle, bearing serial number 06924;

151. an Enfield, Model NO1MKIII, .303 caliber rifle, bearing serial number 36044;

152. a Mexico Sedena, Model Mexican Model 1910, 7x57mm caliber rifle, bearing serial number 34131;

153. a Belgium, Model 1935, .30-06 caliber rifle, bearing serial number 24616;

154. a Zhong Zhou Machine Works, Model JW2000 Coachgun, 12-gauge shotgun, bearing serial number JW12-28810;

155. a Keystone Sporting Arms, Model Crickett, .22 caliber rifle, bearing serial number 223141;

156. a Ruger, Model 10/22 Sporter, .22 caliber rifle, bearing serial number RCS8-02263;

157. a Chongqing Jianshe Machinery Co., LTD. (EMEI), Model JTS-12, 12-gauge shotgun, bearing serial number MK2118452;

158. a U.S.A. Military Surplus, Model Enfield NO4MKI, .303 caliber rifle, bearing serial number 420373;

159. a Thompson/Center Arms Co., Model T/CR22, .22 caliber rifle, bearing serial number JLP6797;

160. an Enfield, Model NO1MKII, .303 caliber rifle, bearing serial number 41597;

161. a Russian, Model Mosin Nagant, 7.62 caliber rifle, bearing serial number 17161;

162. a Century Arms International, Model Cetme Sporter, .308 caliber rifle, bearing serial number CC5735;

163. a PTR Industries Inc. (PTR-91 INC.), Model PTR 91, .308 caliber rifle, bearing no serial number;

164. a Mauser, Model Siamese Model 1903, .45-70 caliber rifle, bearing no serial number;

165. a Winchester, Model 74, .22 caliber rifle, bearing serial number 261337A;

166. an Enfield, Model NO1MKIII, .303 caliber rifle, bearing serial number Z8897;

167. an Enfield, Model NO1MKIII, .303 caliber rifle, bearing serial number 3446;

168. a U.S.A. Military Surplus, Model 1899, .30-40 caliber rifle, bearing serial number 358614;

169. a U.S.A. Military Surplus, Model 1903, .30-06 caliber rifle, bearing serial number 1151038;

170. an Italy, Model Carcano, 6.5 caliber rifle, bearing serial number AM7928; and

171. any ammunition, magazines, and/or accessories recovered with the firearms.

The government may file supplemental bills of particulars as additional assets are identified and/or appraised. The government also reserves its right to election of remedies regarding the disposition of the subject property as provided in law.

**[Nothing further on this page.]**

RYAN RAYBOULD
UNITED STATES ATTORNEY

______________________________
COLLEEN BLOSS
Assistant United States Attorney
Texas State Bar No. 24082160
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Tel: (214) 679-6697
Email: Colleen.Bloss@usdoj.gov