IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SEP 24 2026 PM2:08
FILED - USDC - NDTX - AM

UNITED STATES OF AMERICA

v.

LOYD WALTER HALL (01)
a/k/a "Jamie Hall" and "James William"
JESUS QUEZADA MEZA (02)
a/k/a "Dumas" and "Jesus Jose" and "Jose De Jesus Quezada"
OMAR VELASQUEZ (03)
a/k/a "Jua.Pian" and "Uncle"
CATLYNN ANN TOWNSEND (04)
JOHNNIE WAYNE CORBETT (05)

NO. 2:26-CR-066-Z
**[TO BE FILED UNDER SEAL]**

**(SUPERSEDES INDICTMENT RETURNED JUNE 25, 2026)**

# SUPERSEDING INDICTMENT

The Grand Jury charges:

## Introduction

At all times material to this superseding indictment:

1. On February 20, 2025, upon publication in the Federal Register, the United States Secretary of State, in consultation with the Attorney General, designated the Cártel de Sinaloa, a/k/a "Sinaloa Cartel," a/k/a "Mexican Federation," a/k/a "Guadalajara Cartel," as a foreign terrorist organization, after finding that the organization engages in terrorist activity.

2. Since the late 1980s, the Mexican Federation (the Federation) existed as an organized crime syndicate founded upon longstanding relationships between Mexico's major drug trafficking kingpins. The Federation functioned as a council with

representatives from the respective drug trafficking organizations of its principal leaders. During the late 1980s and 1990s, the members of the Federation were hired by Colombian sources of supply to transport drugs through Mexico and into the United States. In the early 2000s, Joaquin "El Chapo" Archivaldo Guzman Loera and Ismael Zambada Garcia formed a partnership that led to transformation of the Federation into the Sinaloa Cartel, which became the largest drug trafficking organization in the world.

3. Following arrest and prosecution of some senior figures, the Sinaloa Cartel presently does not operate under the leadership of a single individual. Rather, approximately four separate but affiliated and cooperative criminal organizations operate under the Sinaloa Cartel umbrella. The Sinaloa Cartel operates throughout the world, including in the United States. The Sinaloa Cartel directs the smuggling of fentanyl and other illicit drugs into the United States, from smaller packages carried by human "mules" to thousands of pounds co-mingled with legitimate trade goods carried by tractor-trailers and other forms of conveyance.

4. The Sinaloa Cartel wields power through fear, threats, and violence, killing police, civilians, and members of other criminal groups who encroach on their territory without authorization. Members of the Sinaloa Cartel may also be killed for perceived disloyalty, disobedience, or to send a message. To further and protect its drug interests, the Sinaloa Cartel engages in other criminal conduct, including bribery, extortion, and weapons trafficking. As an additional means of revenue and profit, the Sinaloa Cartel engages in migrant smuggling and human trafficking.

5. The Sinaloa Cartel has built a mutually profitable partnership with China-based precursor chemical suppliers to obtain ingredients needed to make synthetic drugs, and with Chinese money laundering organizations (MLOs) to return "clean" drug proceeds to the Cartel in Mexico.

6. The Sinaloa Cartel takes in billions of dollars in profits from the fentanyl trade. It controls the procurement of precursor chemicals, largely but not exclusively from China, and directs the production of illicit fentanyl from labs hidden in the mountains of Sinaloa and in other Sinaloa Cartel strongholds throughout Mexico. Sinaloa Cartel-controlled laboratories are responsible for introducing fentanyl as fake trademarked pills to the U.S. market, while also producing thousands of pounds of powder fentanyl every year.

## Armed Clashes

7. The Sinaloa Cartel has been locked in a series of battles to gain and maintain control of territory and drug trafficking corridors from Mexico into the United States of America. These battles are often fought by armed enforcers within the cartel and, at times, result in armed clashes with Mexican military forces. The Sinaloa Cartel seeks out drones, explosives, and firearms for use in these battles, including belt fed rifles, .50 caliber rifles, assault rifles, Mini guns (M134 machineguns), 40 mm grenade launchers, rocket propelled grenades, and 1911 pistols.

## ATF Form 4773

8. 18 U.S.C. §§ 922(a)(6) and 924(a)(2) make it a crime for anyone to make a false or fictitious oral or written statement to a licensed firearms dealer to acquire a firearm. 18 U.S.C. §§ 924(a)(1)(A) and 914(a)(1)(d) make it a crime for anyone to make a false or fictitious oral or written statement with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of a licensed firearms dealer. A statement is "false or fictitious" if it was untrue when made and was then known to be untrue by the person making it. A false statement is "likely to deceive" if the nature of the statement, considering all of the surrounding circumstances at the time it is made, is such that a reasonable person of ordinary prudence would have been actually deceived or misled.

9. A Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, must be completed by a prospective purchaser of a firearm to affect the sale of a firearm from a licensed firearms dealer. Specifically, Question 21.a. requires the prospective purchaser to certify—under penalty of law—if he or she is "the actual transferee/buyer of the firearm(s) listed on this form," which is a fact material to the lawfulness of the firearm sale. If a person purchases a firearm for someone else but claims that he or she is "the actual transferee/buyer of the listed firearm(s)," the firearm acquisition is called a straw purchase, and this conduct is also commonly called lying-and-buying, which is a violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

10. Cash America Pawn, Wildman Armaments LLC, and Brunson Defense & Shooting Sports LLC, located in Amarillo, Texas, are licensed firearms dealers within the

meaning of Chapter 44, Title 18, United States Code, at all times specified in this superseding indictment.

The Defendants and Other Non-Exhaustive Conspirators

11. **Loyd Walter Hall** a/k/a "Jamie Hall" and "James William," is a United States citizen residing in Amarillo, Texas, and co-owner of Wildman Armaments LLC.

12. **Jesus Quezada Meza** a/k/a "Dumas" and "Jesus Jose" and "Jose De Jesus Quezada" is a Mexican national residing in Dumas, Texas.

13. **Omar Velasquez** a/k/a "Jua.Pian" and "Uncle" is a United States citizen.

14. **Catlyn Ann Townsend** is a United States citizen residing in Amarillo, Texas, and co-owner of Wildman Armaments LLC.

15. **Johnnie Wayne Corbett** is a United States citizen residing in Amarillo, Texas.

16. **Subject A** is a member of the Sinaloa Cartel believed to reside in Mexico.

Count One
(Conspiring to Provide Material Support to a Foreign Terrorist Organization)
(Violation of 18 U.S.C. § 2339B)

17. From on or about February 20, 2025, and continuing thereafter until February 19, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, including the country of Mexico within the extraterritorial jurisdiction of the United States of America, the defendant, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," and others known and unknown to the Grand Jury did conspire to provide "material support or resources," as that term is defined in Title 18, United States

Code, Section 2339A(b), namely, firearms, to a foreign terrorist organization, namely the Sinaloa Cartel, which at all relevant times was designated by the United States Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that the Sinaloa Cartel was a designated foreign terrorist organization, and that the Sinaloa Cartel engages and has engaged in terrorist activity, and that the Sinaloa Cartel engages and has engaged in terrorism.

In violation of Title 18, United States Code, Section 2339B.

Count Two
Conspiracy to Distribute a Controlled Substance for Importation into the United States
(Violation of 21 U.S.C. § 963)

18. Beginning on or about May 2024 and continuing up until February 19, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, including the country of Mexico within the extraterritorial jurisdiction of the United States of America, the defendant, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," together with others known and unknown to the Grand Jury, did knowingly, intentionally, and willfully combine, conspire, confederate, and agree to manufacture and distribute four hundred grams and more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), and five kilograms and more of a mixture and substance containing a detectable amount of cocaine, each a Schedule II Controlled Substance, and one kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, intending, knowing and having reasonable cause to believe, that such controlled substances, would be unlawfully imported into the United States.

In violation of Title 21, United States Code, Sections 959(a), 960(a)(3), (b)(1)(A), (b)(1)(B), (b)(1)(F) and 963.

Count Three
Using, Carrying, and Possessing a Firearm, Including a Semiautomatic Assault Weapon, During, in Relation to, and in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924)

19. From on or about May 2024, and continuing thereafter until February 19, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, including the country of Mexico within the extraterritorial jurisdiction of the United States of America the defendant, **Loyd Walter Hall**, a/k/a "Jamie Hall," and "James William," did knowingly possess a firearm in furtherance of the commission of a drug trafficking crime as charged in Count Two of this indictment, for which the defendant may be prosecuted in a court in the United States, one or more of which firearms was a semiautomatic assault weapon.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(i), 924(c)(1)(B)(i), and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

Count Four
(Conspiracy to Straw Purchase Firearms)
(Violation of 18 U.S.C. §§ 932(b)(2) and (c)(1))

20. On or about November 29, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, defendants, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," and **Jesus Quezada Meza**, a/k/a "Dumas" and "Jesus Jose" and "Jose De Jesus Quezada," did knowingly, intentionally, and unlawfully conspire, combine, confederate, and agree together and with others known and unknown to the United States Grand Jury to commit offenses against the United States, in violation of Title 18, United States Code, Section 932, that is to say they conspired to purchase firearms, to wit: a Glock, model 19X, 9mm pistol, serial number BWSU373, in and affecting interstate and foreign commerce for, on behalf of, and at the request and demand of any other person, knowing or having reasonable cause to believe that such other person intends to use, carry, possess, and sell and otherwise dispose of the firearm in furtherance of a felony, including, Smuggling of Goods from the United States under Title 18, United States Code, Section 554, as defined in Section 932(a).

In violation of Title 18, United States Code, Section 932 (b)(2), and (c)(1).

Count Five
(Conspiracy to Traffic Firearms)
(Violation of 18 U.S.C. § 933(a)(1), (3) and 933(b))

21. On or about November 29, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, defendants, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," and **Jesus Quezada Meza**, a/k/a "Dumas" and "Jesus Jose" and "Jose De Jesus Quezada," did knowingly conspire and agree with each other and with others known and unknown to the United States Grand Jury to ship, transport, transfer, cause to be transported, and otherwise dispose of, in an affecting interstate commerce, firearms, to wit: a Glock, model 19X, 9mm pistol, serial number BWSU373, while knowing and having reasonable cause to believe that such receipt would constitute a felony (as defined in Section 932(a)).

In violation of Title 18, United States Code, Sections 933(a)(1), (3), and 933(b).

Count Six
False Material Statement to a Firearms Dealer
(Violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2))

22. On or about November 29, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," defendant, in connection with the acquisition and attempted acquisition of a firearm, that is, a Glock, model 19X, 9mm pistol, serial number BWSU373, from Cash America Pawn, 3610 I-40 E, Amarillo, Texas, 79103, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Cash America Pawn, which statement was intended and likely to deceive Cash America Pawn, as to a fact material to the lawfulness of such sale and acquisition of said firearm under chapter 44 of Title 18, in that defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record to the effect he was the actual transferee and buyer of the firearm, when in truth and in fact Loyd Walter Hall, as defendant then knew, was not the actual transferee and buyer.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2).

Count Seven
(Conspiracy to Straw Purchase Firearms)
(Violation of 18 U.S.C. §§ 932(b)(2) and (c)(1))

23. On or about December 7, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, defendant, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together and with others known and unknown to the United States Grand Jury to commit offenses against the United States, in violation of Title 18, United States Code, Section 932, that is to say they conspired to purchase firearms, to wit: a Taurus, model PT22, .22 caliber pistol, serial number Z039664, in and affecting interstate and foreign commerce for, on behalf of, and at the request and demand of any other person, knowing and having reasonable cause to believe that such other person intends to use, carry, possess, and sell and otherwise dispose of the firearm in furtherance of a felony, including, Smuggling of Goods from the United States under Title 18, United States Code, Section 554, as defined in Section 932(a).

In violation of Title 18, United States Code, Sections 932 (b)(2), and (c)(1).

Count Eight
(Conspiracy to Traffic Firearms)
(Violation of 18 U.S.C. §§ 933(a)(1), (3), and 933(b))

24. On or about December 7, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, defendant, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," did knowingly conspire and agree with others known and unknown to the United States Grand Jury to ship, transport, transfer, cause to be transported, and otherwise dispose of, a Taurus, model PT22, .22 caliber pistol, serial number Z039664, while knowing or having reasonable cause to believe that such receipt would constitute a felony (as defined in Section 932(a)).

In violation of Title 18, United States Code, Sections 933(a)(1), (3), and 933(b).

<u>Count Nine</u>
False Material Statement to a Firearms Dealer
(Violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2))

25. On or about December 7, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," defendant, in connection with the acquisition and attempted acquisition of a firearm, that is, a Taurus, model PT22, .22 caliber pistol, serial number Z039664, from Cash America Pawn, 3610 I-40 E, Amarillo, Texas, 79103, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Cash America Pawn, which statement was intended and likely to deceive Cash America Pawn, as to a fact material to the lawfulness of such sale and acquisition of said firearm under chapter 44 of Title 18, in that defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record to the effect he was the actual transferee and buyer of the firearm, when in truth and in fact Loyd Walter Hall, as defendant then knew, was not the actual transferee and buyer.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2).

Count Ten
(Conspiracy to Traffic Firearms)
(Violation of 18 U.S.C. § 933(a)(1), (3) and 933(b))

26. On or about August 24, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, defendants, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," and **Omar Velasquez**, a/k/a "Jua.Pian" and "Uncle," did knowingly conspire and agree with each other and with others known and unknown to the United States Grand Jury to ship, transport, transfer, cause to be transported, and otherwise dispose of, in and affecting interstate commerce, firearms, to wit: a Colt, 1911 Government Model, .38 caliber pistol, serial number GV057374, while knowing and having reasonable cause to believe that such receipt would constitute a felony (as defined in Section 932(a)).

In violation of Title 18, United States Code, Sections 933(a)(1), (3), and 933(b).

Count Eleven
(Conspiracy to Straw Purchase Firearms)
(Violation of 18 U.S.C. §§ 932(b)(2) and (c)(1))

27. On or about August 24, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, defendants, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," and **Omar Velasquez**, a/k/a "Jua.Pian" and "Uncle," knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together and with others known and unknown to the United States Grand Jury to commit offenses against the United States, in violation of Title 18, United States Code, Section 932, that is to say they conspired to purchase firearms, to wit: a Colt, 1911 Government Model, .38 caliber pistol, serial number GV057374, in and affecting interstate and foreign commerce for, on behalf of, and at the request and demand of any other person, knowing and having reasonable cause to believe that such other person intends to use, carry, possess, and sell and otherwise dispose of the firearm in furtherance of a felony, including, Smuggling of Goods from the United States under Title 18, United States Code, Section 554, as defined in Section 932(a).

In violation of Title 18, United States Code, Section 932 (b)(2), and (c)(1).

Count Twelve

False Statement in Required Information Kept by a Firearms Dealer
(Violation of 18 U.S.C. §§ 924(a)(1)(A), and 924(a)(1)(D); 18 U.S.C. § 2)

28. On or about July 1, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," and **Catlynn Ann Townsend,** defendants, aiding and abetting one another, in connection with the acquisition and attempted acquisition of a firearm, that is, a Colt, 1911 Government Model, .38 caliber pistol, serial number GV057374, knowingly made a false statement and representation to Wildman Armaments LLC, 7441 Stagecoach Trail, Amarillo, TX, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Wildman Armaments LLC, in that Catlynn Ann Townsend did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that Catlynn Ann Townsend was the actual transferee and buyer of the firearm when in truth and in fact, as defendants then and there well knew, Catlynn Ann Townsend was not the actual transferee and buyer of that firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 924(a)(1)(D); and 18 U.S.C. § 2.

Count Thirteen
Conspiracy to Acquire or Transfer a Firearm from a
Licensed Firearms Dealer by False or Fictitious Statement or Representation
(Violation of 18 U.S.C. § 371 [18 U.S.C. §§ 922(a)(6), 924(a)(2),
and 924(a)(1)(A), and 924(a)(1)(D)])

29. The allegations contained in paragraphs 1 through 16 of this superseding indictment are incorporated as though fully set forth herein.

30. Beginning on or about May 2024 and continuing up to February 19, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, defendants, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," **Jesus Quezada Meza**, a/k/a "Dumas" and "Jesus Jose" and "Jose De Jesus Quezada," **Omar Velasquez**, a/k/a "Jua.Pian" and "Uncle", and **Catlynn Ann Townsend**, and **Johnnie Wayne Corbett** did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree together and with other persons known and unknown to the Grand Jury, to commit certain offenses against the United States, to wit: Acquiring a Firearm from a Licensed Firearms Dealer by False or Fictitious Statements, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2), and False Statement in Required Information Kept by a Firearms Dealer, in violation of 18 U.S.C. §§ 924(a)(1)(A), and 924(a)(1)(D).

Object of the Conspiracy

31. It was part of the conspiracy that the defendants, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," **Jesus Quezada Meza**, a/k/a "Dumas" and "Jesus Jose" and "Jose De Jesus Quezada," **Omar Velasquez**, a/k/a "Jua.Pian" and "Uncle," **Catlynn Ann Townsend**, and **Johnnie Wayne Corbett** discussed and planned with each

other, and with other persons known and unknown to the Grand Jury, the acquisition of firearms from federally licensed firearms dealers within the meaning of Chapter 44, Title 18, United States Code, by false or fictitious statements or representations intended or likely to deceive the federally licensed firearms dealers with respect to any fact material to the lawfulness of the firearms sales or transfer.

Manner and Means of the Conspiracy

32. It was part of the conspiracy that the defendants, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," **Jesus Quezada Meza**, a/k/a "Dumas" and "Jesus Jose" and "Jose De Jesus Quezada," **Omar Velasquez**, a/k/a "Jua.Pian" and "Uncle," **Catlynn Ann Townsend**, **Johnnie Wayne Corbett**, and other persons known and unknown to the Grand Jury, formulated a plan and agreement which, among other things, included:

a. The selection of federally licensed firearms dealers;

b. The selection of the type of firearms to be purchased;

c. The acquisition of firearms from federally licensed firearms dealers;

d. The use of false and fictitious oral and written statements or representations intended to deceive the federally licensed firearms dealers with respect to any fact material of the lawfulness of the firearms sales or transfer;

e. Falsely answering "Yes" to Question 21.a. on the ATF Form 4473, Firearms Transaction Record, in that the purchaser certifies—under penalty of law—that

he or she is "the actual transferee/buyer of the firearm(s) listed on this form," which is a fact material to the lawfulness of a firearm sale; and

f. The subsequent transfer of firearms to another person.

Overt Acts in Furtherance of the Conspiracy

33. In furtherance of the conspiracy, and to accomplish the objects of the conspiracy, the following overt acts, among others, were committed:

a. On or about November 29, 2024, defendant **Loyd Walter Hall** purchased from Cash America Pawn, located in Amarillo, Texas, which is in the Northern District of Texas, a Glock, model 19X, 9mm pistol, serial number BWSU373; and falsely answered "Yes" to Question 21.a. on the ATF Form 4473, Firearms Transaction Record to the effect he was the actual transferee and buyer of the firearm, when in truth and in fact **Loyd Walter Hall**, as defendant then knew, was not the actual transferee and buyer.

b. On or about December 7, 2024, defendant **Loyd Walter Hall**, purchased from Cash America Pawn, located in Amarillo, Texas, which is in the Northern District of Texas, a Taurus, model PT22, .22 caliber pistol, serial number Z039664, and falsely answered "Yes" to Question 21.a. on the ATF Form 4473, Firearms Transaction Record to the effect he was the actual transferee and buyer of the firearm, when in truth and in fact **Loyd Walter Hall**, as defendant then knew, was not the actual transferee and buyer.

c. On or about July 1, 2025, defendant **Catlynn Ann Townsend**, purchased from Wildman Armaments LLC, located in Amarillo, TX, which is in the Northern District of Texas, a Colt, 1911 Government Model, .38 caliber pistol, serial number

GV057374, and falsely answered "Yes" to Question 21.a. on the ATF Form 4473, Firearms Transaction Record to the effect she was the actual transferee and buyer of the firearm, when in truth and in fact **Caitlynn Ann Townsend**, as defendant then knew, was not the actual transferee and buyer.

d. On or about July 20, 2024, defendant **Johnnie Wayne Corbett** purchased from Brunson Defense & Shooting Sports LLC, located in Amarillo, Texas, which is in the Northern District of Texas, a Barrett, Model M82A1 CQ, .50 caliber rifle, serial number AA017910, and falsely answered "Yes" to Question 21.a. on the ATF Form 4473, Firearms Transaction Record to the effect he was the actual transferee and buyer of the firearm, when in truth and in fact **Johnnie Wayne Corbett**, as defendant then knew, was not the actual transferee and buyer.

e. On or about May 20, 2024, **Jesus Quezada Meza** sent a message to **Loyd Walter Hall** stating, "brother you will have 380 glock and glock 17, 9mm" **Loyd Walter Hall** responded, "I don't at the moment I'm sure I'll get one though." **Jesus Quezada Meza** replied, "It's okay, let me know, I'll buy it from you." **Loyd Walter Hall** responded, "What's your price range so I can stay in it."

f. On or about May 21, 2024, **Loyd Walter Hall** sent a message to **Johnnie Wayne Corbett** stating, "How soon do you think you could make them once we get the bullets to you?" **Johnnie Wayne Corbett** responded, "Same day." **Loyd Walter Hall** replied "Ok I'll get them to you tonight. He said deal $350. That's the road we might want to go down start going special ammo." **Johnnie Wayne Corbett** replied, "I'm in."

g. On or about June 8, 2024, **Loyd Walter Hall** sent a message to **Jesus Quezada Meza** stating, "let me know when you want to get the 50" **Jesus Quezada Meza** replied, "tomorrow."

h. On or about June 9, 2024, **Jesus Quezada Meza** sent a message to **Loyd Walter Hall** stating, "okay, send me your address." **Loyd Walter Hall** responded, "On Mississippi in Amarillo let me know when you are on the way and I'll send the address." **Loyd Walter Hall** later wrote, "1011 s Mississippi. Let me know when you are headed this way and I'll make sure I'm at the house." **Jesus Quezada Meza** responded, "can you bring me the 50 I can half way." **Loyd Walter Hall** replied, "Alright let me go get him and the 50 and we will head and meet at masterson."

i. On or about July 18, 2024, **Johnnie Wayne Corbett** sent a message to **Loyd Walter Hall** stating, "the guys number is [phone number omitted from superseding indictment] for the 50." **Loyd Walter Hall** sent an attachment of a location and stated, "There's his address." **Johnnie Wayne Corbett** responded "Done!! Got it home…"

j. On or about July 31, 2024, **Jesus Quezada Meza**, sent a message to **Loyd Walter Hall** stating, "Good morning, my boss told me to go pick up the 50." **Loyd Walter Hall** responded, "What time?"

k. On or about August 8, 2024, **Johnnie Wayne Corbett** sent a message to **Loyd Walter Hall** stating, "the gun is not coming till tomorrow." On or about August 10, 2024, **Johnnie Wayne Corbett** texted Loyd **Walter Hall** stating, "When? I have to go

get that gun…" **Loyd Walter Hall** responded, "Around 1 I think" **Johnnie Wayne Corbett** replied "I'm going after it now."

l. On or about February 11, 2025, **Jesus Quezada Meza**, sent a message to **Loyd Walter Hall** stating, "you have something for my boss" **Loyd Walter Hall** responded, "I have some ammo but he's supposed to send some $ for a lapua I have on hold. Still waiting on the last of the mags for him." **Jesus Quezada Meza** replied, "ok how much $ for the lapua." **Loyd Walter Hall** responded, "3,315" and **Jesus Quezada Meza** replied, "see you tomorrow."

m. On or about May 11, 2025, Subject A texted **Loyd Walter Hall**, "we need ammo an [sic] extra clips." **Loyd Walter Hall** responded, "I'll have to wait till he messages back I'm trying to work a good deal on some ammo right now waiting on that guy also to say yes or no on getting it cheap." Subject A responded, "Just us here we already have like 8 one bravo two brownings 308 full auto . 8 barrets [sic] semi auto, Like 15 granade louncher [sic]. I lost a browning Cal 50." **Loyd Walter Hall** responded, "sounds like yall are getting a few and how did yall lose a 50?" Subject A replied, "Got on [sic] to fight with two sandcats [sic]. Of the Mexican arma [sic] they took it but I f[*****] up the sand cats. With my single shot barret [sic]. With 80 shots. With my scope." Subject A further wrote **Loyd Walter Hall**, "you just step aside and just work on them shot by shot. They cant [sic] find you that quick. And if youre [sic] able get in it with a couple of bullets they start to panic." **Loyd Walter Hall** responded, "Yea sometimes it's like shooting fish in a barrel."

n. On or about August 15, 2025, **Loyd Walter Hall**, sent a message to Subject A, stating "$ just got sent off." Subject A responded, "Ok. Uncle should be there. Tomorrow." **Loyd Walter Hall** responded, "Okay is he picking up everything he can fit." Subject A sent a voice note stating, "yeah, everything that fits in there he's going to pick up."

o. On or about September 7, 2025, **Omar Velasquez** sent a voice message to Subject A in Spanish that translates to the following in English: "I will ask them what they have on that brand. Just let me know what you want it for and I will ask them because they will ask me 'for what rifle do you want it?' I told them for a Lapua 338, but if you say that you want that other one, just let me know." Subject A wrote back, "Cal 50. Barre. Barret."

p. On or about February 19, 2026, **Loyd Walter Hall** and **Caitlynn Ann Townsend** possessed 169 firearms, bulk ammunition, and two machine guns.

In violation of 18 U.S.C. § 371 [18 U.S.C. §§ 922(a)(6), 924(a)(2), and 924(a)(1)(A), and 924(a)(1)(D)].

## Forfeiture Notice

(18 U.S.C. § 981(a)(1)(C); 18 U.S.C. § 981(a)(1)(G); 18 U.S.C. § 924(d)(1); 18 U.S.C. § 934(a)(1)(A); 18 U.S.C. § 934(a)(1)(B); 21 U.S.C. § 853(a); and 28 U.S.C. § 2461(c))

34. Upon conviction of the offense alleged in Count One of this superseding indictment, and under 18 U.S.C. § 981(a)(1)(C) and (G) and 28 U.S.C. § 2461(c), defendant **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," shall forfeit to the United States of America any property, real or personal, which constitutes or is derived

from proceeds traceable to the offense as well as (1) all assets, foreign or domestic, of any individual, entity, or organization engaged in planning or perpetrating any federal crime of terrorism, and all assets, foreign or domestic, affording any person a source of influence over any such entity or organization; (2) all assets, foreign or domestic, acquired or maintained by any person with the intent and for the purpose of supporting, planning, conducting, or concealing any federal crime of terrorism; and (3) all assets, foreign or domestic, derived from, involved in, or used or intended to be used to commit any federal crime of terrorism.

35. Upon conviction of any of the offenses alleged in Counts Three, Six, Nine, and Twelve of this superseding indictment, and under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," and **Jesus Quezada Meza**, a/k/a "Dumas" and "Jesus Jose" and "Jose De Jesus Quezada," **Omar Valasquez**, a/k/a "Jua.Pian" and "Uncle," and **Catlynn Ann Townsend** shall forfeit to the United States of America any firearm or ammunition involved in or used in any knowing violation of Section 922(a)(6) or Section 924.

36. Upon conviction of any of the offenses alleged in Counts Four, Five, Seven, Eight, Ten, and Eleven of this superseding indictment, and under 18 U.S.C. § 934(a)(1)(A) and (B) and 18 U.S.C. § 924(d)(1), defendants, **Loyd Walter Hall**, a/k/a "Jamie Hall" and "James William," and **Jesus Quezada Meza**, a/k/a "Dumas" and "Jesus Jose" and "Jose De Jesus Quezada," and **Omar Valasquez**, a/k/a "Jua.Pian" and "Uncle," shall forfeit to the United States of America (1) any property constituting, or derived

from, any proceeds the defendant obtained, directly or indirectly, as the result of the offense; (2) any of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense; and (3) any firearm or ammunition involved in or used in any knowing violation of Section 932 or 933.

37. Upon conviction of the offense alleged in Count Two of this superseding indictment, and pursuant to 21 U.S.C. § 853(a), defendant **Loyd Walter Hall** a/k/a "Jamie Hall" and "James William," shall forfeit to the United States of America (1) any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offense, and (2) any of the property used, or intended to be used, in any manner or part, by the defendant to commit, or to facilitate the commission of the offense.

A TRUE BILL:

FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

COLLEEN BLOSS
Assistant United States Attorney
Texas State Bar No. 24082160
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Tel: (214) 679-6697
Email: Colleen.Bloss@usdoj.gov

MARBEL LEONEL MUNOZ
Special Assistant United States Attorney
New York State Bar No. 5516026
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: (214) 659-8805
Marbel.Munoz@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

LOYD WALTER HALL (01)
a/k/a "Jamie Hall" and "James William"

JESUS QUEZADA MEZA (02)
a/k/a "Dumas" and "Jesus Jose" and "Jose De Jesus Quezada"

OMAR VELASQUEZ (03)
a/k/a "Jua.Pian" and "Uncle"

CATLYNN ANN TOWNSEND (04)

JOHNNIE WAYNE CORBETT (05)

INDICTMENT

| | |
|---|---|
| COUNT 1: | CONSPIRING TO PROVIDE MATERIAL SUPPORT TO A FOREIGN TERRORIST ORGANIZATION<br>Title 18, United States Code, Section 2339B.<br>Title 18, United States Code, Section 842(p)(2)(A). |
| COUNT 2: | CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE FOR IMPORTATION INTO THE UNITED STATES<br>Title 21, United States Code, Section 963. |
| COUNT 3: | USING, CARRYING, AND POSSESSING A FIREARM, INCLUDING A SEMIAUTOMATIC ASSAULT WEAPON, DURING, IN RELATION TO, AND IN FURTHERANCE OF A DRUG TRAFFICKING CRIME<br>Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(B)(i), and 2. |
| COUNT 4: | CONSPIRACY TO STRAW PURCHASE FIREARMS<br>Title 18, United States Code, Sections 932(b)(2) and (c)(1). |
| COUNT 5: | CONSPIRACY TO TRAFFIC FIREARMS |

| | |
|---|---|
| | Title 18, United States Code, Sections 933(a)(1), (3) and 933(b). |
| COUNT 6: | FALSE MATERIAL STATEMENT TO A FIREARMS DEALER<br>Title 18, United States Code, Sections 922(a)(6), 924(a)(2). |
| COUNT 7: | CONSPIRACY TO STRAW PURCHASE FIREARMS<br>Title 18, United States Code, Sections 932(b)(2) and (c)(1). |
| COUNT 8: | CONSPIRACY TO TRAFFIC FIREARMS<br>Title 18, United States Code, Sections 933(a)(1), (3) and 933(b). |
| COUNT 9: | FALSE MATERIAL STATEMENT TO A FIREARMS DEALER<br>Title 18, United States Code, Sections 922(a)(6), 924(a)(2). |
| COUNT 10: | CONSPIRACY TO TRAFFIC FIREARMS<br>Title 18, United States Code, Sections 933(a)(1), (3) and 933(b). |
| COUNT 11: | CONSPIRACY TO STRAW PURCHASE FIREARMS<br>Title 18, United States Code, Sections 932(b)(2) and (c)(1). |
| COUNT 12: | FALSE STATEMENT IN REQUIRED INFORMATION KEPT BY A FIREARMS DEALER<br>Title 18, United States Code, Sections 924(a)(1)(A) and 924(a)(1)(D), and 2. |
| COUNT 13: | CONSPIRACY TO ACQUIRE OR TRANSFER A FIREARM FROM A LICENSED FIREARMS DEALER BY FALSE OR FICTICIOUS STATEMENT OR REPRESENTATION, Title 18, United Sates Code, Sections 371, 922(a)(6), 924(a)(2), and 924(a)(1)(A), (a)(1)(D). |

(13 COUNTS + FORFEITURE)

A true bill rendered:

Amarillo [signature] Foreperson

Filed in open court this 25th day of June, A.D. 2026.

DEFENDANT Hall, Quezada Meza, Velasquez IN FEDERAL CUSTODY
(Indictment Filed on 6/25/2026 — 2:26-CR-066-Z)
ARREST WARRANT TO ISSUE FOR DEFENDANT JOHNNIE WAYNE CORBETT
SUMMONS TO ISSUE FOR DEFENDANT CATLYNN ANN TOWNSEND

Lee Ann Reno

UNITED STATES MAGISTRATE JUDGE