**UNITED STATES DISTRICT COURT**
**PROBATION AND PRETRIAL SERVICES**
**NORTHERN DISTRICT OF TEXAS**

UNITED STATES OF AMERICA )
)
v. )
CATLYNN ANN TOWNSEND )
)

Case No. 2:26-CR-066-Z-BR(04)

## Consent to Modify Conditions of Release

I, Catlynn Ann Townsend, have discussed with Cristina Gonzalez, Pretrial Services Officer, modifications of my release conditions as follows:

(7)(g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: Jesus Quezada Meza, Omar Velasquez, and Loyd Walter Hall, except under circumstances approved in advance by the probation officer.

I consent to this modification of my release conditions and agree to abide by this modification.

[signature] 8/20/26
Catlynn Ann Townsend Date

s/Cristina Gonzalez 8/20/2026
U.S. Probation Officer Date

s/Gema Delgado Reyes 8/20/2026
Supervising U.S. Probation Officer Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

[signature] 9-25-26
Signature of Defense Counsel Date

☑ The above modification of conditions of release is ordered, to be effective on September 25, 2026

☐ The above modification of conditions of release is not ordered.

Lee Ann Reno September 25, 2026
U.S. Magistrate Judge Lee Ann Reno Date