IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:26-CR-00066-Z-BR (3) |
| | § | |
| OMAR VELASQUEZ (3) | § | |
| | § | |
| Defendant. | § | |

**ORDER ON ARRAIGNMENT**

On today's date, Defendant, OMAR VELASQUEZ, appeared in person and with counsel before the undersigned United States Magistrate Judge. An interpreter was in attendance to translate from English into Spanish and from Spanish into English for the defendant. The United States appeared by and through the Assistant United States Attorney.

Pursuant to Federal Rule of Criminal Procedure 10, Defendant received a copy of the Superseding Indictment previously filed. The reading of the Superseding Indictment was waived, and the defendant was then advised of the maximum penalties that might be imposed if found guilty. The defendant acknowledged understanding same and entered a plea of not guilty as to the applicable count(s) in the Superseding Indictment.

Defendant, OMAR VELASQUEZ, is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

ENTERED on October 5, 2026.

Lee Ann Reno

LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE