IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHNIE WAYNE CORBETT (05) | NO. 2:26-CR-066-Z |

**MOTION FOR DETENTION AND CONTINUANCE**

The United States moves for pretrial detention of defendant, **Johnie Wayne Corbett**, pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

_____ Crime of violence (18 U.S.C. § 3156);

_____ Maximum sentence life imprisonment or death;

_____ 10 + year drug offense;

_____ Felony, with two prior convictions in above categories;

__X_ Serious risk defendant will flee;

__X__ Serious risk obstruction of justice;

_____ Felony involving a minor victim;

_____ Felony involving a firearm, destructive device, or any other dangerous weapon; or

_____ Felony involving a failure to register (18 U.S.C. § 2250).

2. Reason for Detention: The Court should detain defendant because there are

no conditions of release which will reasonably assure (check one or both):

__X__ Defendant's appearance as required;

__X__ Safety of any other person and the community

3. Rebuttable Presumption: The United States will invoke the rebuttable presumption against defendant because (check all that apply):

_____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c);

_____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5);

_____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201 and 2251; or

_____ Previous conviction for "eligible" offense committed while on pretrial bond.

4. Time for Detention Hearing: The United States requests the Court conduct the detention hearing,

___ At first appearance

_X__ After continuance of __3____ days (not more than 3).

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

Marbel Leonel Munoz
Assistant United States Attorney
New York State Bar No. 5516026
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: (214) 659-8812
Marbel.Munoz@usdoj.gov

**CERTIFICATE OF NON-SERVICE**

I hereby certify that a true and correct copy of this document was provided to the Court for filing on the 19th day of October 2026.

Marbel Leonel Munoz
Assistant United States Attorney