AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

JOHNNIE WAYNE CORBETT

## EXHIBIT AND WITNESS LIST

Case Number: 2:26-CR-00066-Z-BR-5

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| U.S. Magistrate Judge Lee Ann Reno | Marbel Leonel Munoz-DOJ | Channy F Wood-CJA |
| DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/23/2026 | Digital | D. Aguilera |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 10/23/2026 | | | WITNESS ATF TFO SY SLOVER SWORN AND TESTIFIED |
| X | | 10/23/2026 | YES | YES | EXHIBIT NOS. 1 - 6 AND 8 - 30 ADMITTED |
| X | | 10/23/2026 | | | USB DRIVE - VIDEOS |
| | X | 10/23/2026 | | | WITNESS DANNY CORBETT SWORN AND TESTIFIED |
| | X | 10/23/2026 | | | WITNESS CHRIS CORBETT SWORN AND TESTIFIED |
| | X | 10/23/2026 | | | WITNESS JOHNNY THOMAS CORBETT SWORN AND TESTIFIED |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.