IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:26-CR-00066-Z-BR (5) |
| | § | |
| JOHNNIE WAYNE CORBETT | § | |
| | § | |
| Defendant. | § | |

**ORDER ON DETENTION HEARING**

On October 23, 2026, Defendant, JOHNNIE WAYNE CORBETT, appeared in person and with counsel, before the undersigned United States Magistrate Judge, for the purpose of a Detention Hearing. The United States appeared by and through the Assistant United States Attorney for the Northern District of Texas.

The government had previously filed a Motion for Pretrial Detention of the defendant alleging there are no conditions of release that will reasonably assure the defendant's appearance, as required, nor the safety of any other person and the community.

After consideration of all the factors under Section 3142(g) and considering the testimony, proffers, and arguments presented at the hearing, the Court finds the defendant is not a flight risk but that there are no conditions of release available to ensure the safety of any other person and the community. The government's Motion for Pretrial Detention is GRANTED.

Defendant, JOHNNIE WAYNE CORBETT, is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

ENTERED on October 26, 2026.

Lee Ann Reno

LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE